**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MICHAEL P. JOHNSON**                                                                                          **PLAINTIFF**

**V.**                                        **NO. 4-05-CV-01773 GTE**

**DR. FRANCIS HARVEY, in his
individual and official capacity as
SECRETARY OF THE UNITED STATES ARMY**                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered in this matter on this same date, it is hereby CONSIDERED, ORDERED, AND ADJUDGED that the Complaint of Plaintiff Michael Johnson, be, and it is hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this  24th  day of January, 2007.

                                                             /s/Garnett Thomas Eisele
                                                             UNITED STATES DISTRICT JUDGE